## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                    **Plaintiff**

**v.**                                          **Case No.: 4:18–mj–00312–BD**

**Valen Ray Gilmer**                                                                             **Defendant**

---

## NOTICE OF HEARING

     PLEASE take notice that a Initial Appearance has been set in this case for October 26, 2018, at 10:00 AM before Magistrate Judge Beth Deere in Little Rock Courtroom # 1D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** October 24, 2018                          AT THE DIRECTION OF THE COURT
                                                   JAMES W. McCORMACK, CLERK


                                                   **By:**  /s/ Suzy Flippen, Deputy Clerk


Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas